FILED: 10/30/2015 5:03:25 PM
SHERRI ADELSTEIN
Denton County District Clerk
By: Elizabeth Jones, Deputy

ACCEPTED
02-15-00342-CV
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
11/16/2015 12:25:53 PM
DEBRA SPISAK
CLERK

## CAUSE NO. 15-02186-367

| | | |
|---|---|---|
| TAYLOR RICE | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff*, | § | 2nd COURT OF APPEALS |
| | § | FORT WORTH, TEXAS |
| v. | § | OF DENTON COUNTY, TEXAS |
| | § | |
| THE CITY OF KRUM, TEXAS, | § | DEBRA SPISAK |
| | § | Clerk |
| | § | |
| *Defendant*. | § | 367th JUDICIAL DISTRICT |

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
11/16/2015 12:25:53 PM
DEBRA SPISAK
Clerk

## NOTICE OF ACCELERATED APPEAL AND AUTOMATIC STAY OF TRIAL COURT PROCEEDINGS

To the Honorable Judge of this Court:

Under Rule 28 of the Texas Rules of Appellate Procedure, appellant City of Krum, the defendant in the above action, files this notice of accelerated appeal to the Second Court of Appeals, Fort Worth, Texas.

Appellant desires to appeal from an interlocutory order entered in the above-styled and numbered case by this court on October 14, 2015. Specifically, appellant is a governmental unit appealing the court's denial of the relief requested within Defendant's Plea to the Jurisdiction, Plea in Abatement, and Supporting Brief (filed August 17, 2015).

Under Texas Civil Practice & Remedies Code § 51.014(b), this interlocutory appeal of a denial of a plea to the jurisdiction made by a governmental entity stays all proceedings in the trial court, including but not limited to trial proceedings, pending resolution of the appeal.

This appeal is accelerated under Texas Rule of Appellate Procedure 28.1(a)-(b) and Texas Civil Practice & Remedies Code § 51.014(a)(8).

Date: October 30, 2015.

Respectfully submitted,


By:    /s/David Overcash
Clark McCoy
State Bar No. 90001803
cmccoy@wtmlaw.net
David Overcash
State Bar No. 24075516
david.overcash@wtmlaw.net
2591 Dallas Parkway, Suite 205

Frisco, Texas 75034
972.712.3530 telephone
972.712.3540 facsimile

Lance Vanzant
Texas Bar No. 24009746
lvanzant@hbwvlaw.com
Jeffrey A. Hines
Texas Bar No. 09693000
jhines@hbwvlaw.com
512 W. Hickory, Suite 100
P.O. Box 50149
Denton, Texas 76206
940-387-3518 – Tel.
866-546-9247 – Fax

**ATTORNEYS FOR CITY OF KRUM, TEXAS**

## SERVICE CERTIFICATE

A true and correct copy of this document was electronically served on

October 30, 2015, at approximately the same date and time as this

document was electronically filed, via the methods listed below:

VIA ELECTRONIC FILING AND
U.S. CERTIFIED MAIL RRR
#7012 2920 0000 4194 4526
Richard Gladden
1200 W. University Dr, Suite 100
Denton, Texas 76201
Phone:      (940) 323-9300
Facsimile:   (940) 539-0093

_____
David Overcash